STEINKRITZ AMUSEMENT CORPORATION, Respondent, v. SAM KAPLAN, as President of the International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators' Union of the United States and Canada, Appellant.— Judgment unanimously affirmed, with costs, on authority of *Brooklyn United Theatre, Inc.,* v. *International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators' Union of the United States and Canada (ante,* p. 828), decided herewith. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

EDWARD C. BADEAU, Respondent, v. CHARLES R. LEONARD and Others, Appellants.— Motion for stay of examination before trial granted by default. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

JOHN R. BLAIR COMPANY, INC., Respondent, v. HARRY KOEPPEL CORPORATION and CENTURY INDEMNITY COMPANY, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the April term, for which term the case is ordered on the calendar. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

BERTHA BROIDY, Appellant, v. STUYVESANT INSURANCE COMPANY OF THE CITY OF NEW YORK, Respondent.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

EDWARD H. BURGER, Respondent, v. ELISABETH MAZE WILLETTS, Appellant, and FRANK WILLETTS, Defendant.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

JAMES CASTLE, Respondent, v. CITY OF MOUNT VERNON, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

JOSEPH DE MATTEIS, Respondent, v. McGOLRICK REALTY COMPANY, INC., Appellant, and PEEKSKILL MOTOR BUS CORPORATION and Others, Defendants.— On consent, motion for stay granted upon condition that appellant perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

GARRET FOURNIER, Appellant, v. LORING P. JONES, Clerk of the Village of Piermont, New York, Respondent.— On consent, motion to hear appeal on original papers granted and case added to the March term calendar. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

JOHN F. GABRIEL, Doing Business under the Name and Style of NIEDERSTEIN'S RESTAURANT, Appellant, v. NIEDERSTEIN'S RESTAURANT, INC., and Others, Respondents.— Motion to suspend operation of judgment and to continue injunction *pendente lite* denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

MILTON GOLDBERG, an Infant, by JOSEPH GOLDBERG, His Guardian ad Litem, Appellant, v. LABOR LYCEUM OF BOROUGH PARK, INC., Respondent.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.